■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK A. WEG, Appellant.— Judgment of conviction affirmed. Concur — Rabin, McNally and Eager, JJ.; Botein, P. J., and Valente, J., dissent and vote to reverse upon the ground that, while a prima facie case was made out, the People on the entire case did not sustain the burden of proving defendant guilty beyond a reasonable doubt.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMIL WILLIAM JANDA, Indicted as WILLIAM WATERSON, Appellant.— Order entered on May 14, 1959, denying defendant's application for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABNER BULLARD, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ MAURICE WILK et al., Respondents, v. ANDREA RADIO CORPORATION et al., Appellants.— Order, entered on March 16, 1960, granting plaintiffs' motion to dismiss eight complete and partial separate defenses, unanimously modified, on the law, with $20 costs and disbursements to respondents, to the extent of rein-stating the eighth separate and partial affirmative defense, and is otherwise affirmed. The eighth defense pleads matter indicating lack of malice or intent to injure plaintiffs and may therefore be asserted in mitigation of the exemplary damages sought by plaintiffs. Since defendants have been granted permission to serve an amended answer, they may plead in answer to the second cause of action the applicable law of the foreign States in which the advertisement was allegedly circulated (Civ. Prac. Act, § 391). Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ ROSALIND UNGER, Respondent, v. TWIN CITY FIRE INSURANCE COM-PANY, Defendant, and PETER A. LOCKE, Appellant.— Order, entered on Decem-ber 27, 1960, denying defendant-appellant's motion, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, to dismiss the amended complaint as to him, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of ELSA W. TABRIZI, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, et al., Respondents.— Order entered on February 16, 1961, sustaining the determination of respondent, State Rent Administrator, denying tenant's protest of an award of a certificate of eviction granted by the Local Rent Administrator and dismissing the petition, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED BLOCH, Appellant.— Judgment, convicting defendant of a violation of section 1140 of the Penal Law, reversed, on the law and on the facts, and the informa-tion dismissed. The People have failed to establish the guilt of the defendant beyond a reasonable doubt. Concur — Botein, P. J., Rabin and Stevens, JJ.; McNally and Eager, JJ., dissent and vote to affirm.

■ IRA L. LEE et al., Copartners Doing Business under the Name of LEE REALTY ORGANIZATION, Respondents, v. JACOB A. FINE, Appellant.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.